UNITED STATES DISRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**

**JUL 2 4 2020**

| UNITED STATES OF AMERICA | 20 CR 149 |
|---|---|
| v. | |
| SEE WONG | Hon. Jeffrey I. Cummings |

**MAGISTRATE JUDGE JEFFREY I. CUMMINGS**

## Waiver of Indictment

I, See Wong, the above-named defendant, who is accused of wire fraud, in violation of Title 18, United States Code, Section 1343, being advised of the nature of the charges, the proposed information, and of my rights, hereby waived in a telephonic arraignment hearing on July 24, 2020, prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_s/Daniel J. Hesler_
Attorney for Defendant